No. 144. Dodd v. Aetna Life Insurance Co. October 9, 1939.— Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Shields M. Goodwin* for petitioner. *Messrs. Grover T. Owens, S. Lasker Ehrman,* and *E. L. McHaney, Jr.* for respondent.

No. 148. Barnett v. Hines, Administrator of Veterans' Affairs. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Robert H. McNeill* and *Ashby Williams* for petitioner. *Solicitor General Jackson* and *Messrs. Paul A. Sweeney* and *John M. George* for respondent.

No. 149. American Rio Grande Land & Irrigation Co., Debtor, et al. v. Hidalgo & Cameron County Water Control & Improvement District No. 9. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Joel H. Berry, Dexter Hamilton,* and *William A. Vinson* for petitioners. No appearance for respondent.

No. 153. United States ex rel. Jorczak v. Ragen, Warden. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Steve Jorczak, pro se* and *Richard E. Westbrooks* for petitioner. *Messrs. John E. Cassidy,* Attorney General of Illinois, and *Wm. C. Clausen,* Assistant Attorney General, for respondent.

No. 154. International-Great Northern Railroad Co. et al. v. Lucas et al. October 9, 1939. Petition for